Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York  10038-4982
Tel:  (212) 806-5400
Fax: (212) 806-6006

*Attorneys for Defendant*
  *Broadway Photo LLC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
MICHAEL SCHORE, on behalf of himself and all others similarly situated,

               Plaintiffs,

  v.

BROADWAY PHOTO LLC,

               Defendant
------------------------------------------------------------------x

: **ECF CASE**
:
: Civil Action No.  08-CIV-6894 (JSR)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that attorney Richard Eskew, special counsel in the firm of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, N.Y. 10038, hereby appears as counsel in addition to Steven B. Pokotilow in the above-captioned action on behalf of Defendant Broadway Photo LLC.

NY 71707600

        STROOCK & STROOCK & LAVAN LLP
        Attorneys for Defendant
        180 Maiden Lane
        New York, New York 10038
        (212) 806-5400


        By:   *s/ Richard Eskew*
              Richard Eskew
              reskew@stroock.com


Dated:   New York, New York
          August 21, 2008