Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York  10038-4982
Tel:  (212) 806-5400
Fax: (212) 806-6006

*Attorneys for Defendant*
  *Broadway Photo LLC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
MICHAEL SCHORE, on behalf of himself and : **ECF CASE**
all others similarly situated, :
: Civil Action No.  08-CIV-6894 (JSR)
                Plaintiffs, :
:
  v. :
:
BROADWAY PHOTO LLC, :
:
                Defendant :
----------------------------------------------------------------x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE, that attorney Steven B. Pokotilow, a member of the firm of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, N.Y. 10038, hereby appears as counsel in addition to Richard Eskew in the above-captioned action on behalf  Defendant Broadway Photo LLC.

NY 71707825

                                                       STROOCK & STROOCK & LAVAN LLP
                                                       Attorneys for Defendant
                                                       180 Maiden Lane
                                                       New York, New York  10038
                                                       (212) 806-5400

                                                    By:  s/ *Steven B. Pokotilow*
Dated:  New York, New York                        Steven B. Pokotilow
         August 21, 2008                           spokotilow@stroock.com

NY 71707825