Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006
*Attorneys for Defendant*
  *Broadway Photo LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
MICHAEL SCHORE, on behalf of himself and    :    ECF CASE
all others similarly situated,              :
                                            :    Civil Action No. 08-CIV-6894 (JSR)
                    Plaintiffs,             :
                                            :
        v.                                  :
                                            :
BROADWAY PHOTO LLC,                         :
                                            :
                    Defendant               :
------------------------------------------------------------x
```

## DEFENDANT'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Broadway Photo LLC., certifies that there is no corporate parent of Defendant, and no publicly held corporation that owns 10% or more of Defendant's stock.

Respectfully submitted,

Dated:  August 21, 2008            STROOCK & STROOCK & LAVAN LLP

By:  s/ Steven B. Pokotilow
    Steven B. Pokotilow
    Richard Eskew
    180 Maiden Lane
    New York, New York  10038
    Tel:  (212) 806-5400
    Fax: (212) 806-6006
    spokotilow@stroock.com
    reskew@stroock.com

2