Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York  10038-4982
Tel:  (212) 806-5400
Fax: (212) 806-6006

*Attorneys for Defendant*
  *Broadway Photo LLC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
MICHAEL SCHORE, on behalf of himself and : **ECF CASE**
all others similarly situated,                                      :
                                                                              : Civil Action No.  08-CIV-6894 (JSR)
                              Plaintiffs,                              :
                                                                              :
       v.                                                                  :
                                                                              :
BROADWAY PHOTO LLC,                                     :
                                                                              :
                              Defendant                              :
---------------------------------------------------------------x

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that a true and correct copy of the **Notice of Appearance for Steven B. Pokotilow**, **Notice of Appearance for Richard Eskew**, and **Defendant's Fed. R. Civ. P. 7.1 Statement**, were electronically served upon the following attorneys of record on August 21, 2008 via the CM/ECF system for the United States District Court for the Southern District of New York:

CHITTUR & ASSOCIATES, PC.
Krishnan Chittur [kchittur@chittur.com]
Andrey Strutinskiy [astrutinskiy@chittur.com]
286 Madison Avenue, Suite 1100
New York, NY 10017
*Attorney for Plaintiffs MICHAELS SCHORE, on behalf of himself*
*and all other similarly situatedErnst & Young LLP.*

NY 71708212

        STROOCK & STROOCK & LAVAN LLP
        Attorneys for Defendant
        180 Maiden Lane
        New York, New York 10038
        (212) 806-5400

By: *s/ Richard Eskew*
    Richard Eskew
    reskew@stroock.com

Dated:   New York, New York
           August 21, 2008

NY 71708212