Rakoff, S

Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006
*Attorneys for Defendant*
  *Broadway Photo LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-08
```

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MICHAEL SCHORE, on behalf of himself and     :  **ECF CASE**
all others similarly situated,               :
                                             :  Civil Action No. 08-CIV-6894 (JSR)
                 Plaintiffs,                 :
                                             :
    v.                                       :
                                             :
BROADWAY PHOTO LLC,                          :
                                             :
                 Defendant                   :
------------------------------------------------------------x

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

WHEREAS, Plaintiff, Michael Shore ("Plaintiff") filed a complaint on August 1, 2008 (the "Complaint") against Defendant, Broadway Photo LLC ("Defendant");

WHEREAS, the original due date for Defendant's response to the Complaint was August 21, 2008;

AND, WHEREAS, the parties have mutually agreed that Defendant shall have until September 10, 2008 to answer or otherwise respond to the Complaint in accordance with Federal Rule of Civil Procedure 12;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by mutual agreement of the parties, by and through their respective counsel, that:

NY 71705332v1

1. Defendant shall have until September 10, 2008 to answer or otherwise respond to the Complaint;

2. Defendant shall not challenge personal jurisdiction, venue, and/or service of process under Rules 12(b)(2), (3), and (5) of the Federal Rules of Civil Procedure; and

3. Except as expressly referenced in Paragraph 2 above, Defendant reserves all other rights to answer, move or otherwise respond to the Complaint.

No previous requests for adjournments or extensions have been requested in connection with the Complaint. The parties both consent to the extension. No other dates have been scheduled at this time.

Respectfully submitted,

Dated: New York, New York
August 20, 2008

CHITTUR & ASSOCIATES, PC

By: _____
Krishnan Chittur
kchittur@chittur.com
Andrey Strutinskiy
astrutinskiy@chittur.com
286 Madison Avenue, Suite 1100
New York, NY 10017
Tel: (212) 370-0447

ATTORNEYS FOR PLAINTIFF
MICHAEL SHORE, on behalf of himself
and all others similarly situated.

STROOCK & STROOCK & LAVAN LLP

By: _____
Steven B. Pokotilow
Richard Eskew
spokotilow@stroock.com
reskew@stroock.com
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

ATTORNEYS FOR DEFENDANT
BROADWAY PHOTO LLC

New York, New York
8/21/08, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

NY 71705332v1